___

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Britney Deshun Turner, Debtor              Case No. 24-10753-SDM
                                                     **CHAPTER 13**

### ORDER DISMISSING CHAPTER 13 CASE ON MOTION OF DEBTOR

Upon the motion of debtor to dismiss the above-captioned case pursuant to 11 U.S.C. § 1307(b); and the debtor having represented to the Court that this case has not previously been converted under Section 706, 1112 or 1208 of Title 11 of the United States Code, and that the Motion was filed and served as required by Fed. R. Bankr. P. 9013, it is hereby

**ORDERED, ADJUDGED and DECREED** that

1. The above-captioned case is hereby **DISMISSED**.
2. The Chapter 13 Trustee shall file a Chapter 13 final report and account as required by Fed. R. Bankr. P. 5009.
3. Pursuant to Local Rule 1017-1(f)(2)(C), notwithstanding the entry of this Order, any party in interest may file an objection to the debtor's motion within 14 days of the entry of this Order. Upon consideration of any timely-filed objection, at its discretion, the Court may either conduct a hearing or rule on the matter without a hearing.

##END OF ORDER##

Submitted by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                              Case No. 24-10753-SDM

Britney Deshun Turner                                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1        User: autodocke        Page 1 of 3

Date Rcvd: Aug 04, 2025        Form ID: pdf0002        Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Britney Deshun Turner, 3532 Pat Station Rd, Starkville, MS 39759-9507 |
| 4413196 | + | Express Care of Cleveland, 31 Hwy 328, Oxford, MS 38655-9612 |
| 4413201 | + | Pediatric Dentistry of Columbus, 300 Hospital Dr, Ste 3, Columbus, MS 39705-1921 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4413188 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 04 2025 23:17:32 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 4422153 | | Email/Text: bankruptcies.notifications@bcu.org | Aug 04 2025 23:10:00 | BCU, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 4413190 | + | Email/Text: bankruptcies.notifications@bcu.org | Aug 04 2025 23:10:00 | BCU, Attn: Bankruptcy, Po Box 8133, Vernon Hills, IL 60061-8133 |
| 4413189 | ^ | MEBN | Aug 04 2025 23:08:19 | Baptist, P.O. Box 23090, Jackson, MS 39225-3090 |
| 4413191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2025 23:17:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4424202 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2025 23:17:40 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4413192 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2025 23:17:30 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 4413193 | + | Email/Text: bankruptcy@credencerm.com | Aug 04 2025 23:10:00 | Credence Resource Mana, P.O. Box 2147, Southgate, MI 48195-4147 |
| 4413194 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 04 2025 23:10:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 4413195 | ^ | MEBN | Aug 04 2025 23:07:45 | EMBCC, P.O. Box 650292, Dallas, TX 75265-0292 |
| 4413197 | | Email/Text: accountresolutions@forteracu.com | Aug 04 2025 23:09:00 | Fort Campbell Federal Credit Union, Attn: Bankruptcy, 2050 Lowe'S Drive, Clarksville, TN 37040 |
| 4413198 | | Email/Text: accountresolutions@forteracu.com | Aug 04 2025 23:09:00 | Fortera Credit Union, Attn: Bankruptcy, 2050 Lowes Dr, Clarksville, KY 37040 |
| 4416404 | ^ | MEBN | Aug 04 2025 23:08:17 | Fortera Federal Credit Union, c/o Michael K. Williamson, 114 Franklin Street, Clarksville, TN 37040-3438 |
| 4428314 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2025 23:10:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 4422029 | + | Email/Text: RASEBN@raslg.com | Aug 04 2025 23:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| District/off: 0537-1 | User: autodocke | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: pdf0002 | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| | | | USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4432417 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2025 23:17:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4453533 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 04 2025 23:10:00 | MISSISSIPPI DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, P.O. BOX 22808, JACKSON, MS 39225-2808 |
| 4413199 | Email/Text: lsizemore@och.org | Aug 04 2025 23:09:00 | OCH Regional Medical Center, P.O. Box 1506, Starkville, MS 39760-1506 |
| 4413200 | Email/Text: pasi_bankruptcy@chs.net | Aug 04 2025 23:09:00 | Pasi, P.O. Box 188, Brentwood, TN 37024 |
| 4420433 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 04 2025 23:10:00 | SANTANDER CONSUMER USA, 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 4413202 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 04 2025 23:10:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 4413203 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2025 23:17:30 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4413204 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2025 23:17:42 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4421443 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 04 2025 23:10:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Debtor Britney Deshun Turner trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | |

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 3 of 3 |
| Date Rcvd: Aug 04, 2025 | Form ID: pdf0002 | Total Noticed: 27 |

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 3